# UNITED STATES DISRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAILIGHT SEMICONDUCTOR LIGHTING (HK) CO., LTD., a Chinese corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>FOCUS WORLDWIDE LIGHTING CORP., a California Corporation; SUFENG LIN, an individual; and, DAVID LEE, an individual.<br><br>    Defendants. | Case No.: 5:22-cv-01650-SSS-SHKx<br><br>Judge: The Hon. Sunshine Suzanne Sykes<br><br>**JUDGMENT RE: NELSON MULLINS, COUNTER-DEFENDANT** |
| FOCUS WORLDWIDE LIGHTING CORP., a California Corporation; SUFENG LIN, an individual.<br><br>    Counterclaimants,<br><br>    v.<br><br>THAILIGHT SEMICONDUCTOR LIGHTING (HK) Co., LTD., a Chinese corporation; NELSON MULLINS RILEY & SCARBOROUGH, LLP, a South Carolina Limited Liability Partnership.<br><br>    Counter-Defendants. | |

1    In light of this Court's order dismissing all claims against Nelson Mullins in
2 the instant action [Dkt. 92], judgment is hereby **ENTERED** in favor of Nelson
3 Mullins on all counterclaims filed against it in this action.  Nelson Mullins is
4 **DISMISSED** as a party to this action.

Dated: February 27, 2024

_____
Hon. Sunshine S. Sykes
United States District Court Judge